**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/24

November 8, 2024

**By ECF**

Hon. Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

**MEMO ENDORSED**

Re: **United States v. Alexander Baez**, 19 Cr. 821 (KMW)

Dear Judge Wood:

The Government respectfully submits this letter to request permission to file its response to the defendant's bail appeal on November 15, 2024. The defendant was charged by Indictment unsealed November 20, 2019. The defendant was effectively a fugitive until his arrest on August 21, 2024. Upon his arrest, a detention hearing was held, and the Honorable Ona T. Wang, United States Magistrate Judge, Southern District of New York, ordered that the defendant be detained. Yesterday, the defendant filed a written bail application with this Court (Dkt. No. 360). The Government respectfully requests until November 15, 2024, to obtain the transcript of the defendant's bail hearing and to file its response.

*granted*

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: ___/s/_____
Celia V. Cohen
Assistant United States Attorney
(914) 993-1921

cc (by ECF): Defense Counsel

SO ORDERED: N.Y., N.Y. 11/12/24

*/s/ Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.