**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/24

December 4, 2024

**MEMO ENDORSED**

**By ECF**

Hon. Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: **United States v. Alexander Baez, 19 Cr. 821 (KMW)**

Dear Judge Wood:

The Government respectfully submits this letter with the consent of Michael Bradley, Esq., counsel to the defendant, requesting that the Court adjourn the Government's response to the defendant's bail appeal *sine die*. The parties are continuing to discuss a possible resolution of this matter without the need for trial and hope to reach such a resolution prior to the filing of the Government's opposition. The parties currently expect these plea discussions to conclude on or before December 31, 2024.

] Granted

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: ___/s/_____
Celia V. Cohen
Assistant United States Attorney
(914) 993-1921

cc (by ECF): Defense Counsel

SO ORDERED: N.Y., N.Y. 12/4/24

KIMBA M. WOOD
U.S.D.J.