UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

        -against-                                        19 CR 821 (KMW)

                                                                      ORDER

ALEXANDER BAEZ,

                Defendant.
------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/25

      WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a Magistrate Judge on January 10, 2025;

      WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

      WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

      IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

      SO ORDERED.

Dated: New York, New York
       January 22, 2025

                                                                  /s/ Kimba M. Wood
                                                     KIMBA M. WOOD
                                     UNITED STATES DISTRICT JUDGE